# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Arnold Stone, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **04-3643260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **1123 S. Oklahoma, Celina, TX** ZIP CODE **75009** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Collin** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **PO Box 118, Celina, TX** ZIP CODE **75009** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.76.6, ID 1141848589)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Arnold Stone, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                                    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Arnold Stone, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Joyce Lindauer**
**Joyce Lindauer**     Bar No. **21555700**

Joyce W. Lindauer
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231

Phone No. **(972) 503-4033**     Fax No. **(972) 503-4034**

11/29/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Arnold Stone, Inc.**

X **/s/ Michael Arnold**
Signature of Authorized Individual

**Michael Arnold**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**11/29/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: **Arnold Stone, Inc.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$21,039.00** |
   | Prior to the filing of this statement I have received: | **$21,039.00** |
   | Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor　　　☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/29/2010** | **/s/ Joyce Lindauer** |
|---|---|
| *Date* | *Joyce Lindauer*　　　　　　　　Bar No. 21555700 |
| | Joyce W. Lindauer |
| | 8140 Walnut Hill Lane |
| | Suite 301 |
| | Dallas, TX 75231 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

**/s/ Michael Arnold**
*Michael Arnold*
*President*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE: **Arnold Stone, Inc.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| McGee Creek Rock & Stone<br>1050 E. Prairie Road<br>Lane, OK 74555 | | Business debt | | $41,600.55 |
| North Cape Wicker<br>5151 W. 73rd St, Suite B<br>Bedford Park, IL 60638 | | Business debt | | $32,379.73 |
| Everett Company and Mary Ann Moon<br>1123 South Oklahoma<br>Celina, TX 75009 | | Business debt | | $29,652.47 |
| Plains Capital Bank<br>2500 Legacy Drive, Ste. 150<br>Frisco, TX 75034 | | Business Equipment | | $21,225.44<br>**Value: $0.00** |
| James R. Fowler Trucking<br>RR4 Box 758<br>Checotah, OK 74426 | | Business debt | | $17,784.88 |
| Smith Protective Services<br>PO Box 802649<br>Dallas, TX 75380 | | Business debt | | $14,937.07 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Arnold Stone, Inc.**                                    Case No.

                                                                   Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Akule Corporation<br>5621 Big Fork Rd<br>Ft. Worth, TX 76119 | | Business debt | | $13,642.84 |
| Park Industries<br>PO Box 188<br>St. Cloud, MN 56302 | | Business debt | | $13,445.88 |
| Plains Capital Bank<br>2500 Legacy Drive, Ste. 150<br>Frisco, TX  75034 | | Business Equipment | | $12,617.62<br>**Value: $0.00** |
| Unger Texas Stone<br>PO Box 8<br>Lueders, TX 79533 | | Business debt | | $10,022.89 |
| Trinity, a Division of Bank of West<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 | | Business Equipment | | $8,105.94<br>**Value: $0.00** |
| Key Equipment<br>3075 Highland Parkway, 7th Floor<br>Downers Grove, IL 60515 | | Business Equipment | | $8,085.80<br>**Value: $0.00** |
| Husqvarna Construction Products<br>PO Box 2771<br>Carol Stream, IL 60132-2771 | | Business Equipment | | $7,764.97 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Arnold Stone, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Northland Captial<br>PO Box 7278<br>St. Cloud, MN 56302 | | Business Equipment | | $6,672.00<br>**Value: $0.00** |
| All Size Pallet<br>PO Box 800187<br>Balch Springs, TX 75180 | | Business debt | | $6,356.00 |
| Trinity, a Division of Bank of West<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 | | Business Equipment | | $6,012.78<br>**Value: $0.00** |
| Town North Bank, NA<br>4455 LBJ Freeway<br>Dallas, TX 75244 | | Purchase Money | | $5,999.92<br>**Value: $0.00** |
| Plains Capital Bank<br>2500 Legacy Drive, Ste. 150<br>Frisco, TX  75034 | | Business Equipment | | $5,590.74<br>**Value: $0.00** |
| Transport Factoring<br>PO Box 167648<br>Irving, TX 75016 | | Business debt | | $5,274.40 |
| Tru-Trac<br>PO Box 310<br>Alvarado, TX 76003 | | Business debt | | $4,291.97 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **Arnold Stone, Inc.**   Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/29/2010**   Signature: **/s/ Michael Arnold**
  *Michael Arnold*
  **President**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: **Arnold Stone, Inc.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/29/2010　　　　　　　　　　　　Signature  /s/ Michael Arnold
　　　　　　　　　　　　　　　　　　　　　　　　　　*Michael Arnold*
　　　　　　　　　　　　　　　　　　　　　　　　　　*President*

Date _____　Signature _____

A&B Equipment
PO Box 50757
Ft. Worth, TX 76105


Akule Corporation
5621 Big Fork Rd
Ft. Worth, TX 76119


All Size Pallet
PO Box 800187
Balch Springs, TX 75180


Alliance Trucking
721 111th St.
Arlington, TX 76011


Astro Transportation
PO Box 6670
Katy, TX 77491


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


CareNow
PO Box 9101
Coppell, TX 75019


Chariot Express
PO Box 54220
Hurst, TX 76054


Cintas Corporation
5280 Investment
P.O. Box  210037
Dallas, TX  75211

Collin County Tax Assessor/Collector
R-3118-00A-0070-1
1800 North Graves, Suite 170
PO Box 8006
Mc Kinney, TX 75070-8006

Compliance Resources #246
PO Box 3000
Georgetown, TX 78627-3000

Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711

D.J.B. Sand & Gravel
PO Box 3173
Burleson, TX 76097

Darr Equipment
PO Box 975053
Dallas, TX 75397-5053

Don Illingworth & Assoc.
2401 Ave. J #206
Arlington, TX 76006

Dragon Enterprises
203 West 7th St.
Breckenridge, TX 76424

Everett Company and Mary Ann Moon
1123 South Oklahoma
Celina, TX 75009

Gilbert Environmental
1540 Boyd Rd.
Branbury, TX 76049

Harris Methodist
PO Box 916063
Ft. Worth, TX 76191-6063


Husqvarna Construction Products
PO Box 2771
Carol Stream, IL 60132-2771


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


James R. Fowler Trucking
RR4 Box 758
Checotah, OK 74426


Jesse P. Taylor Oil
3701 N. Sylvania
Fort Worth, TX 76137


Key Equipment
3075 Highland Parkway, 7th Floor
Downers Grove, IL 60515


Key Equipment
1000 S. McCaslin Blvd.
Superior, CO 80027


Lake Whitney Medical
PO Box 458
Whitney, TX 76692

Leito Enterprises
4333 E. Loop 820 S.
Ft. Worth, TX 76119


Linebarger Goggan Blair & sampson
University Center, Ste. 1720
2323 Bryan Street
Dalals, Texas 75201


Lonestar Financial Services
PO Box 535261
Grand Prairie, TX 75053


Mandy Ann Management


McGee Creek Rock & Stone
1050 E. Prairie Road
Lane, OK 74555


McKinney Machine Shop
PO Box 40467
Everman, TX 76140-0467


National Bolt & Ind. Supply
391 N. Beach St.
FT. Worth, TX 76111


North Cape Wicker
5151 W. 73rd St, Suite B
Bedford Park, IL 60638


North Dallas Bank and Trust Co.
3900 Preston Road
Plano, Texas 75093

North Texas Transportation

Northland Captial
PO Box 7278
St. Cloud, MN 56302

Office Depot
PO Box 88040
Chicago, IL 60680-1040

Ogborn's Truck Parts
PO Box 4630
Fort Worth, Texas 76164-0630

Park Industries
PO Box 188
St. Cloud, MN 56302

Plains Capital Bank
2500 Legacy Drive, Ste. 150
Frisco, TX  75034

Prestige Fire Protection
1361 W. Euless Blvd., Ste. 108
Euless, TX 76040

Primo Freight Solutions
PO Box 990
Breckenridge, TX 76424

Purvis Industries
PO Box 540757
Dallas, TX 75354-0757

Radiology of Tarrant County
PO Box 2927
Fort Worth, TX 76113


Ram Services
13834 Peyton Drive
Dallas, TX 75240


Royalty Lease
Blum, Texas


Royalty Lease
Tolar, Texas


Royalty Lease
McCurtain, OK


Scott Transport
PO Box 302
Ranger, TX 76470


Smith Protective Services
PO Box 802649
Dallas, TX 75380


Starvin Marvin Transport
Attn: Apex Capital
PO Box 961029
Fort Worth, TX 76161-1029


Stealth Monitoring
4801 Spring Valley, Ste. 118
Dallas, TX 75244

Superior Silica Sands
3014 LCR 704
Kosse, TX 76653


T&W Tire
PO Box 974474
Dallas, TX 75397-4474


Texas Industrial Security
101 Summit Ave. Suite 404
Ft. Worth, TX 76102


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Toshiba Business Solutions
PO Box 848440
Dallas, TX 75284-8440


Town North Bank, NA
4455 LBJ Freeway
Dallas, TX 75244


Toyota Motor Credit Corp.
PO Box 2431
Carol Stream, IL 60132


Transport Factoring
PO Box 167648
Irving, TX 75016


Trinity, a Division of Bank of the West
475 Sansome Street, 19th Floor
San Francisco, CA 94111

Trinity, a Division of Bank of West
475 Sansome Street, 19th Floor
San Francisco, CA 94111


Tru-Trac
PO Box 310
Alvarado, TX 76003


Tulco Oils
Dept. 132
PO Box 21228
Tulsa, OK 74121-1228


Tyler Moon Properties



U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


Unger Texas Stone
PO Box 8
Lueders, TX 79533


United Rentals
File 51122
Los Angeles, CA  90074-1122


Wells Fargo Equipment Finance
733 Marquette Avenue
Minneapolis, MN 55402

White Cap Construction Supplies
Dept. 774341
160 Hansen Ct. Suite 105
Wooddale, IL 60191

Wire Products Supply
PO Box 1568
Sherman, TX 75091